1232

No. 99–8560. Garcia-Antunez v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–8581. Ullring v. Maine. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–8635. Grandison v. Corcoran, Warden, et al. Cir. Ct. Baltimore City, Md. Certiorari denied.

No. 99–8930. Vargas v. Thompson, Warden. C. A. 11th Cir. Certiorari denied.

No. 99–8941. Rodriguez v. Sondalle, Warden. C. A. 7th Cir. Certiorari denied.

No. 99–8950. Nealy v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–8954. Shark v. Artuz, Superintendent, Green Haven Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 99–8955. Mosher v. Wisconsin. Ct. App. Wis. Certiorari denied.

No. 99–8962. Aspelmeier v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 99–8963. Johnson v. Saffle, Director, Oklahoma Department of Corrections, et al. C. A. 10th Cir. Certiorari denied.

No. 99–8965. Aspelmeier v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 99–8973. Wyatt v. Boone, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 99–8976. Council v. Seberg et al. Sup. Ct. Haw. Certiorari denied.

No. 99–8980. Jones v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 99–8999. Nicholson v. Cain, Warden. C. A. 5th Cir. Certiorari denied.